NADIR YAZID ABDULLAH A/K/A DYTHIAN T. ROBESON
*v.* STATE OF MARYLAND

[No. 165, September Term, 1981.]

*Decided February 16, 1982.*

The cause was submitted to MURPHY, C. J., and SMITH, ELDRIDGE, COLE, DAVIDSON and RODOWSKY, JJ.

*PER CURIAM ORDER*

It is this 16th day of February, 1982

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby, vacated and the case is remanded to that Court with instructions to vacate the judgment of the Criminal Court of Baltimore and remand to that Court for a further hearing, at which both parties may present evidence, in light of *Williams v. State,* 292 Md. 201, 438 A.2d 1301, (1981) and *Curtis v. State,* 284 Md. 132, 395 A.2d 464 (1978).